Supreme Court, Kings Special Term, January, 1897. Unreported.

In the Matter of the Petition of HARRY W. MICHELL for an Injunction against JOHN FLYNN.

OSBORNE, J. S. C. I agree with the reasoning in "Brown *v.* Hilton, 40 Mass. R. 319" and "Cobb *v.* Billings, 23 Maine, 470" and am of the opinion that the sale by Flynn of the six gallons of liquor at one time, though of two different kinds, was not a "trafficking in liquors in quantities of less than five wine gallons."

Motion for injunction denied.